IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAVID BRIAN COLBERT**                                                                                         **PLAINTIFF**

v.                                            **CASE NO. 3:23-CV-00256-BSM**

**M.V. ONNIA PEOPLES**
**and MV TRUCKING, LLC**                                                                              **DEFENDANTS**

## ORDER

The parties have filed a stipulation of dismissal with prejudice. Doc. No. 8. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice. The parties will bear their own attorneys' fees and costs.

IT IS SO ORDERED this 27th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE