IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAVID BRIAN COLBERT                                                                                           PLAINTIFF

v.                                      CASE NO. 3:23-CV-00256-BSM

M.V. ONNIA PEOPLES
and MV TRUCKING, LLC                                                                                       DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 27th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE